# Notice Recipients

District/Off: 0207−8    User: admin    Date Created: 8/10/2022
Case: 8−22−72048−las    Form ID: 245    Total: 18

**Recipients of Notice of Electronic Filing:**
aty    J Ted Donovan    Tdonovan@gwfglaw.com
aty    Kevin J Nash    kjnash@gwfglaw.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db    Broadbridge LA LLC    45 N Station Plz    Ste 402    Great Neck, NY 11021−5011
smg    United States of America    Secretary of the Treasury    15th Street & Pennsylvania Ave. NW    Washington, DC 20220
smg    NYS Unemployment Insurance    Attn: Insolvency Unit    Bldg. #12, Room 256    Albany, NY 12201
smg    NYS Department of Taxation & Finance    Bankruptcy Unit    PO Box 5300    Albany, NY 12205
smg    Internal Revenue Service    PO Box 7346    Philadelphia, PA 19101−7346
smg    NYC Department of Finance    345 Adams Street    Office of Legal Affairs    Brooklyn, NY 11201−3719
smg    United States Trustee    Office of the United States Trustee    Long Island Federal Courthouse    560 Federal Plaza    Central Islip, NY 11722−4437
10100311    Anchin Block & Anchin LLP    1375 Broadway    New York, NY 10018−7001
10100322    Attn: Meagen Leary, Esq.    Duane Morris    1 Market Plz Ste 2200    San Francisco, CA 94105−1127
10100313    David Feit, Esq.    22 Cortlandt St Rm 803    New York, NY 10007−3154
10100314    Internal Revenue Service    Centralized Insolvency Operations    PO Box 7346    Philadelphia, PA 19101−7346
10100315    Kevin Singer    Receiver Specialties    11500 W Olympic Blvd Ste 530    Los Angeles, CA 90064−1524
10100316    Leviton Law Firm    Attn: Chad White, Esq.    1 Pierce Pl Ste 725W    Itasca, IL 60143−1253
10100317    Los Angeles County Treasurer    225 N Hill St Fl 1    Los Angeles, CA 90012−3253
10100312    Museum Building Holdings LLC    c/o Duane Morris    Attn: Meagen Leary, Esq.    1 Market Plz Ste 2200    San Francisco, CA 94105−1127
10100318    Museum Building Holdings LLC    c/o Starwood Capital Group LP    591 W Putnam Ave    Greenwich, CT 06830−6005

TOTAL: 16