# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−8 | User: admin | Date Created: 8/10/2022 |
| Case: 8−22−72048−las | Form ID: 309F1 | Total: 18 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Broadbridge LA LLC | 45 N Station Plz   Ste 402   Great Neck, NY 11021−5011 |
| aty | J Ted Donovan | Goldberg Weprin Finkel Goldstein LLP   1501 Broadway   22nd Floor   New York, NY 10036 |
| aty | Kevin J Nash | Goldberg Weprin Finkel Goldstein LLP   1501 Broadway   22nd Floor   New York, NY 10036 |
| smg | United States of America | Secretary of the Treasury   15th Street & Pennsylvania Ave. NW   Washington, DC 20220 |
| smg | NYS Unemployment Insurance | Attn: Insolvency Unit   Bldg. #12, Room 256   Albany, NY 12201 |
| smg | NYS Department of Taxation & Finance | Bankruptcy Unit   PO Box 5300   Albany, NY 12205 |
| smg | Internal Revenue Service | PO Box 7346   Philadelphia, PA 19101−7346 |
| smg | NYC Department of Finance | 345 Adams Street   Office of Legal Affairs   Brooklyn, NY 11201−3719 |
| smg | United States Trustee | Office of the United States Trustee   Long Island Federal Courthouse   560 Federal Plaza   Central Islip, NY 11722−4437 |
| 10100311 | Anchin Block & Anchin LLP | 1375 Broadway   New York, NY 10018−7001 |
| 10100322 | Attn: Meagen Leary, Esq. | Duane Morris   1 Market Plz Ste 2200   San Francisco, CA 94105−1127 |
| 10100313 | David Feit, Esq. | 22 Cortlandt St Rm 803   New York, NY 10007−3154 |
| 10100314 | Internal Revenue Service | Centralized Insolvency Operations   PO Box 7346   Philadelphia, PA 19101−7346 |
| 10100315 | Kevin Singer | Receiver Specialties   11500 W Olympic Blvd Ste 530   Los Angeles, CA 90064−1524 |
| 10100316 | Leviton Law Firm | Attn: Chad White, Esq.   1 Pierce Pl Ste 725W   Itasca, IL 60143−1253 |
| 10100317 | Los Angeles County Treasurer | 225 N Hill St Fl 1   Los Angeles, CA 90012−3253 |
| 10100312 | Museum Building Holdings LLC | c/o Duane Morris   Attn: Meagen Leary, Esq.   1 Market Plz Ste 2200   San Francisco, CA 94105−1127 |
| 10100318 | Museum Building Holdings LLC | c/o Starwood Capital Group LP   591 W Putnam Ave   Greenwich, CT 06830−6005 |

TOTAL: 18