UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:

**Broadbridge LA LLC**

Debtor.
-----------------------------------------------------------x

Chapter 11

Case No.: **8-22-72048-las**

### ORDER SCHEDULING INITIAL CASE MANAGEMENT CONFERENCE

**Broadbridge LA LLC** (the "Debtor") having filed a petition for reorganization under Chapter 11 of the Bankruptcy Code on **August 9, 2022**, and the Court having determined that a Case Management Conference will aid in the efficient conduct and proper administration of the case, it is hereby

ORDERED, pursuant to 11 U.S.C. § 105(d), that a Case Management Conference will be held telephonically by the undersigned Bankruptcy Judge on **August 25, 2022 at 11:00 a.m**.; and it is further

ORDERED, that parties interested in participating at the Case Management Conference shall register with the Court's eCourt Appearances platform as set forth on the Court's website; and it is further

ORDERED, that the Debtor, or an authorized representative of the Debtor, and counsel for the Debtor, shall be present at the Case Management Conference and shall be prepared to address the following matters:

1. the nature of the Debtor's business and the reason for the Chapter 11 filing;
2. the Debtor's financial condition, including post-petition operations and revenue;
3. debtor-in-possession financing;
4. the use of cash collateral;
5. any significant motions which the Debtor anticipates bringing before the Court including, but not limited to, sale motions;
6. matters relating to the retention of professionals (including any brokers or appraisers);
7. the status of any litigation involving the Debtor;
8. deadlines for the filing of claims and a plan and disclosure statement;
9. the use of alternative dispute resolution, if appropriate;
10. if this is a single asset real estate case, whether the Debtor intends to file a plan within the time allotted pursuant to 11 U.S.C. § 362(d)(3) and whether the Debtor intends to commence adequate protection payments;
11. if this is a small business case, whether the Debtor anticipates being able to satisfy the deadlines provided by 11 U.S.C. § 1121(e);
12. if this is an individual Chapter 11 case, whether the Debtor anticipates satisfying the Bankruptcy Code requirements that apply to such cases;
13. the scheduling of additional Case Management Conferences; and
14. any other case administrative matters, and it is further

ORDERED, that the Debtor shall file with the Court, and serve upon the Office of the United States Trustee, monthly operating reports during the pendency of this case; that the operating reports shall be in the form prescribed by the Office of the United States Trustee's Operating Guidelines and Reporting Requirements for Debtors-in-Possession and Trustees for cases pending in this District; and that the operating reports shall be served and filed on or before the 20th day of the month following the reporting period, and it is further

ORDERED, that unexcused failure to attend any Case Management Conference or to file timely monthly operating reports in incompliance with this Order may constitute cause for conversion of this case to Chapter 7 or dismissal of this case pursuant to 11 U.S.C. § 1112, and it is further

ORDERED, that the Clerk of the Court give notice of this Order to the Debtor, its counsel, the United States Trustee and all creditors and parties in interest.

**Dated: August 10, 2022**
**Central Islip, New York**

_____
**Louis A. Scarcella**
**United States Bankruptcy Judge**