# Exhibit 3

# Budget Calculator
## 801 Broadway, Los Angeles, CA

| INITIAL FUNDING | | Starting Cash Balance: | -$29,269.00 | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Available Funds** | | **Revenue** | **July** | **August** | **September** | **October** | **November** | **December** |
| Funding advance | $0.00 | Business Revenue | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Cash on hand | $0.00 | Rent | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Total Available Funds** | **$0.00** | **Total Revenue** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** |
| **Expenses** | | **Expenses** | | | | | | |
| Bond | $1,500.00 | Utilities | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Insurance | $0.00 | Security - Inhouse + 30% load | $4,550.00 | $4,550.00 | $4,550.00 | $4,550.00 | $0.00 | $0.00 |
| In-house Staffing - June | $11,050.00 | Security - outside svc - nights & weekends | $11,242.00 | $11,242.00 | $11,242.00 | $11,242.00 | $0.00 | $0.00 |
| Construction / Repairs | $0.00 | Maintenance - in-house + 30% load | $6,500.00 | $6,500.00 | $6,500.00 | $6,500.00 | $0.00 | $0.00 |
| Receiver Fees - June | $16,719.00 | Receiver Fees & Expenses | $24,020.00 | $17,500.00 | $17,500.00 | $17,500.00 | $0.00 | $0.00 |
| Security | $0.00 | Receiver Fees - Final Acctg Estimate | $0.00 | $0.00 | $0.00 | $5,000.00 | $0.00 | $0.00 |
| Misc. | $0.00 | Bankruptcy Attorney Fees | $0.00 | $10,000.00 | $10,000.00 | $10,000.00 | $0.00 | $0.00 |
| **Total Expenses** | **$29,269.00** | Misc Maintenance & Repairs | $2,500.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | City Permit fees - Jan 2022 to Aug 2022 | $15,200.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Net Funds or Cash Needed** | **-$29,269.00** | Scaffolding Removal and Security Wall | $152,997.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | **Total Expenses** | **$218,009.00** | **$50,792.00** | **$50,792.00** | **$55,792.00** | **$0.00** | **$0.00** |
| | | **Net Income or Cash Needed** | **-$218,009.00** | **-$50,792.00** | **-$50,792.00** | **-$55,792.00** | **$0.00** | **$0.00** |
| | | **Ending Cash Balance** | **-$247,278.00** | **-$298,070.00** | **-$348,862.00** | **-$404,654.00** | **-$404,654.00** | **-$404,654.00** |
| | | | | | **Total Funding Needed for 30 days** | | | **$404,654.00** |

Note:  This Budget assumes funding needs through 10/31/22.
        This Budget includes funding required for Scaffolding removal and wooden Security Wall
        City Permit fees are for existing scaffolding permit, which expired back in Dec 2021