UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

In Re:
Broadbridge LA LLC

NOTICE OF MOTION
TO ADMIT COUNSEL
PRO HAC VICE

Bankruptcy No. 8-22-72048

Debtor
-----------------------------------------------------------------x

**PLEASE TAKE NOTICE** that, upon the annexed affidavit of movant in support of this motion, applicant will move this Court before the Honorable Louis A. Scarcella at the United States Bankruptcy Court, located at 290 Federal Plaza, P.O. Box 9013, Central Islip, New York 11722-9013, pursuant to Rule 2090-1(b) of the Local Rules of the United States Bankruptcy Court for the Eastern District of New York, District Court Local Rule 1.3(c), and District Court Administrative Order 97-13, for an Order allowing the admission of movant, a member of the firm of Duane Morris LLP and a member in good standing of the Bar of the State(s) of Pennsylvania, and or the U.S. District Court for the Eastern District of Pennsylvania, as attorney pro hac vice to argue or try this case in whole or in part as counsel.

Respectfully submitted,

_____
(Signature of Movant)

Elisa Hyder
(Print or Type Name)

Dated: **Central Islip, New York**
**September 15, 2022**

prohacad.mot. ps_17                                                                                                                              Rev.5/29/13