UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re:
Broadbridge LA LLC

AFFIDAVIT IN SUPPORT OF
MOTION TO ADMIT COUNSEL
*PRO HAC VICE*

Case Number: 8-22-72048
Chapter: 11

Debtor
-------------------------------------------------------------x

_____Elisa Hyder_____, being duly sworn, hereby deposes and says as follows:

1. I am (a/an) __associate__ with the law firm of __Duane Morris LLP__.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above captioned matter.

3. As shown in the Certificate(s) of Good Standing annexed hereto I am a member in good standing of the Bar of the State(s) of __Pennsylvania__.

4. There are no pending disciplinary proceedings against me in any State or Federal Court.

5. I [circle one] have or **have not** been convicted of a felony. [*If you circled "have," please describe facts and circumstances.*] _____
_____
_____
_____

6. I [circle one] have or **have not** been censured, suspended, disbarred or denied admission or readmission by any court, [*If you circled "have," please describe facts and circumstances.*]
_____
_____
_____
_____

1

7. Wherefore you affiant respectfully submits that s/he be permitted to appear as counsel and advocate *pro hac vice* in this one case for Plaintiff/Defendant <u>Museum Building Holdings, LLC</u>.

Dated: <u>September 15, 2022</u>

_____
Signature of Movant
Firm Name **Duane Morris LLP**
Address **30 S. 17th Street**
**Philadelphia, PA 19103**
Email **ehyder@duanemorris.com**
Phone **215-979-1824**

2



## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

*Elisa Hyder, Esq.*

DATE OF ADMISSION

*November 25, 2019*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



**Witness my hand and official seal
Dated: September 9, 2022**

Elizabeth E. Zisk
Chief Clerk