| Sources & Uses - September 2022 | Totals |
|---|---|
| Original Acquisition | $122,260,000.00 |
| SC | $12,882,317.01 |
| HC | $22,031,226.69 |
| OPEX | $8,839,720.09 |
| Legal & Accounting | $2,238,379.24 |
| Loan closing fees - Canyon | $5,988,297.13 |
| Loan closing fees - Jamestown | $5,955,454.91 |
| Loan closing fees - Starwood (includes JT exit fe | $6,045,755.53 |
| Term Sheet Deposit - Starwood | -$250,000.00 |
| Interest cost | $115,223,969.15 |
| Equity Funding Costs | $59,802,909.34 |
| Insurance and RE taxes | $20,527,795.91 |
| Development costs | $2,721,498.84 |
| Income | -$191,541.21 |
| **Total Uses / Cost Basis** | **$384,075,782.63** |
| | |
| **Total Debt** | **$262,912,229.54** |
| | |
| Total Equity in the project | $121,163,553.09 |
| **Total Equity** | **$121,163,553.09** |
| | |
| **Total Sources** | **$384,075,782.63** |