## **Exhibit A**

**Payment Schedule**

**Starwood Property Trust Inc.**
**Interest Cash Received**
**LTD**

| Due Date | Museum Building | | | | |
| --- | --- | --- | --- | --- | --- |
| | Interest | | Default Interest | | |
| | Mort A1 | Mort A2 | Mort A1 | Mort A2 | Total |
| 12/9/2020 | 20,065 | 5,202 | 11,950 | 3,098 | 40,315 * |
| 4/9/2021 | 946,725 | 245,438 | - | - | 1,192,164 |
| 5/9/2021 | 916,186 | 237,521 | - | - | 1,153,707 |
| 6/9/2021 | 946,725 | 245,438 | - | - | 1,192,164 |
| 7/9/2021 | 916,186 | 237,521 | - | - | 1,153,707 |
| 8/9/2021 | 397,062 | 102,938 | - | - | 500,000 * |
| Total Cash Received | 4,142,948 | 1,074,059 | 11,950 | 3,098 | 5,232,056 |

* Represents a partial payment