**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT NEW YORK**

| | |
|---|---|
| In re:<br><br>BROADBRIDGE LA LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 8-22-72048-las |

**CERTIFICATE OF SERVICE**

I, Lawrence J. Kotler, certify that I am not less than 18 years of age and that on the date set forth below I caused a true and correct copy of the foregoing *Secured Creditor's Reply in Support of Motion to Dismiss Chapter 11 Case* to be served via CM/ECF on all parties registered to receive electronic notification in this case and via electronic mail and Federal Express to the parties set forth on the attached service list, unless otherwise noted.

Under penalty of perjury, I declare that the foregoing is true and correct.


Dated: October 10, 2022                  */s/ Lawrence J. Kotler*
                                          Lawrence J. Kotler, Esq.

## SERVICE LIST

**Via Federal Express**

Broadbridge LA LLC
45 North Station Plaza, Suite 502
Great Neck, NY 11021

Joel Schreiber
c/o Waterbridge Capital LLC
115 West 18th Street, 2nd Floor
New York, NY 10011

Joel Schreiber
c/o Goldberg Weprin Finkel Goldstein LLP
1501 Broadway, 22nd Floor
New York, NY 10036

Anchin Block & Anchin LLP
Attn: Mark Schneider
1375 Broadway
New York, NY 10018-7001

David Feit, Esq.
22 Cortlandt Street, Room 803
New York, NY 10007-3154

Internal Revenue Service
Centralized Insolvency Operations
2970 Market St., Mail Stop 5-Q30-133
Philadelphia, PA 19104-5016

Los Angeles County Treasurer
225 North Hill Street, 1st Floor
Los Angeles, CA 90012-3253

Leviton Law Firm
Attn: Chad White, Esq.
1 Pierce Pl Suite 725W
Itasca, IL 60143-1253

**Via Federal Express and Electronic Mail**

Kevin Singer
Receivership Specialist
11500 W. Olympic Blvd., Suite 530

Los Angeles, CA 90064
kevin@receivershipspecialists.com

Goldberg Weprin Finkel Goldstein LLP
1501 Broadway, 22nd Floor
New York, NY 10036
Attn: Kevin J. Nash, Esq., and Ted Donovan, Esq.
knash@gwfglaw.com
knashgwfg@gmail.com
tdonovan@gwulaw.com

Office of the United States Trustee
Long Island Federal Courthouse
560 Federal Plaza - Room 560
Central Islip, NY 11722
Attn: Stan Y. Yang
Stan.Y.Yang@usdoj.gov