## knash@gwulaw.com

| | |
|---|---|
| **From:** | Kotler, Lawrence J. <LJKotler@duanemorris.com> |
| **Sent:** | Tuesday, October 11, 2022 10:22 AM |
| **To:** | Ted Donovan; Kevin Nash; Kevin Nash; Kevin Nash |
| **Cc:** | cashippam@smcglobal.net; Leary, Meagen E.; Chronis, Paul E. |
| **Subject:** | FW: Broadbridge LA LLC |

FYI. Mr. Shippam asked me to forward this email to you as this email of last night apparently bounced back on him.

**From:** C Anthony Shippam (SMC) <cashippam@smcglobal.net>
**Sent:** Monday, October 10, 2022 6:45 PM
**To:** Kevin Nash <knash@gwfglaw.com>
**Cc:** Kotler, Lawrence J. <LJKotler@duanemorris.com>; 'Kevin J Nash' <kjnash@gwulaw.com>
**Subject:** Re: Broadbridge LA LLC

Hello Kevin, thank you for the documents. I did a quick review of these but I fail to see how Stewart Management Company or me, individually, are involved. I know I would have responded but you, from the papers provided, did not engage Stewart Management Company or more directly, me, on behalf of your client. Kind Regards, Anthony

---

*C. Anthony Shippam**
President & CEO
**STEWART MANAGEMENT COMPANY**
phone: 302.472.9100
cashippam@smcglobal.net
www.smcglobal.net

President
MSS, Chartered
the Managing Partner of
**THE STEWART LAW FIRM LLLP**
302.652.5200
www.stewartlaw.pro

* Admitted to practice law: District of Columbia, New Jersey, Pennsylvania,
England & Wales (non-practising)


**From:** Kevin Nash <knash@gwfglaw.com>
**Sent:** Monday, October 10, 2022 5:16 PM
**To:** C Anthony Shippam (SMC)
**Cc:** Kotler, Lawrence J.; 'Kevin J Nash'
**Subject:** Broadbridge LA LLC

Please see attached letter and enclosures.

Kevin J. Nash, Esq.
Goldberg Weprin Finkel Goldstein LLP
1501 Broadway, 22nd Floor
New York, New York 10036

1