| Information to identify the case: | | |
|---|---|---|
| Debtor | Broadbridge LA LLC | EIN: 36–4788755 |
| | Name | |
| United States Bankruptcy Court Eastern District of New York | | Date case filed for chapter: 11  8/9/22 |
| Case number: 8–22–72048–las | | |

# NOTICE OF FILING OF TRANSCRIPT AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION

**NOTICE IS HEREBY GIVEN THAT:**

A transcript of the proceeding held on 10/13/22 was filed on 10/14/22.

The following deadlines apply:

The parties have until October 21, 2022 to file with the court a Notice of Intent to Request Redaction of this transcript. The deadline for filing a Transcript Redaction Request is November 4, 2022.

If a Transcript Redaction Request is filed, the redacted transcript is due November 14, 2022.

If no such Notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is January 12, 2023, unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber AAA Write It Right Transcription at 5167643906 or you may view the document at the public terminal at the Office of the Clerk.

Dated: October 17, 2022

For the Court, Robert A. Gavin, Jr., Clerk of Court

**BLnftrans2.jsp** [Notice of Filing Transcript and Deadlines to Restriction and Redaction rev. 02/01/17]