# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207–8 | User: admin | Date Created: 10/17/2022 |
| Case: 8–22–72048–las | Form ID: 295 | Total: 11 |

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| aty | J Ted Donovan | Tdonovan@gwfglaw.com |
| aty | Kevin J Nash | kjnash@gwfglaw.com |
| aty | Leslie A Berkoff | lberkoff@moritthock.com |
| aty | Paul E. Chronis | pechronis@duanemorris.com |

TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | |
|---|---|
| db | Broadbridge LA LLC      45 N Station Plz      Ste 402      Great Neck, NY 11021–5011 |
| aty | Elisa Hyder      Duane Morris LLP      30 S. 17th Street      Philadelphia, PA 19103 |
| aty | Meagen E Leary      Duane Morris LLP      One Market, Spear Tower, #2200      San Francisco, CA 94105 |
| | ELISA HYDER, ESQ.      Moritt Hock & Hamroff LLP      400 Garden City Plaza      Suite 220      Garden City, New York 11530 |
| | LARRY KEDLAC, ESQ.      Duane Morris      1540 Broadway      New York, New York 10036 |
| | KEVIN NASH, ESQ.,      Weprin Finkel Goldstein LLP      1501 Broadway      22nd Floor      New York, New York 10036 |
| | STAN Y. YANG, ESQ.      Alfonso M. D'Amato US Courthouse      560 Federal Plaza      Central Islip, New York 11722 |

TOTAL: 7