UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re:  Chapter 11

Broadbridge LA LLC,  Case No. 22-72048-LAS

Debtor.
-----------------------------------------------------------------x

### NOTICE OF EXECUTION OF CONTRACT OF SALE FOR PREMISES AT 801 SOUTH BROADWAY, LOS ANGELES, CA

**PLEASE TAKE NOTICE** that Broadbridge LA LLC (the "Debtor") has entered into an Contract of Sale (the "Contract") with Capri Investor LLC or its designee ("Capri") for the sale of the Debtor's real property located at 801 South Broadway, Los Angeles, California for the sum of $325 million. A copy of the Contract is annexed hereto as Exhibit "A".

**PLEASE TAKE FURTHER NOTICE** that pursuant to the accompanying email of Quintin E. Primo III dated October 28, 2022, the Deposit of $9,500,000 is scheduled to be funded into escrow this week.

**PLEASE TAKE FURTHER NOTICE** that the Debtor intends to file a liquidating plan of reorganization based upon the Contract.

Dated: New York, New York
October 31, 2022

                GOLDBERG WEPRIN FINKEL
                GOLDSTEIN LLP
                *Counsel for the Debtor*
                1501 Broadway, 22nd Floor
                New York, NY 10036
                (212) 221-5700

                By:    /s/ Kevin J. Nash, Esq

To: All counsel (Via ECF)