**tdonovan@gwulaw.com**

| | |
|---|---|
| **From:** | Quintin Primo <qprimo@capri.global> |
| **Sent:** | Friday, October 28, 2022 7:27 PM |
| **To:** | tdonovan@gwulaw.com |
| **Cc:** | Eric Decator; Kevin J Nash; Dawil Sully; Joel Schreiber |
| **Subject:** | Re: Contract |
| **Attachments:** | doc22876920221028162436.pdf |

Thank you, Ted. We'll fund it next week.

Please enjoy your weekend.

Q.

Quintin E. Primo III
Founder and Executive Chairman
Capri Investment Group


+1 312 573 5266 T
+1 312 475 2457 F
+1 312 504 3176 M
qprimo@capri.global
www.capri.global





☒ Please consider the environment before printing this e-mail or its attachments.

This message including any attachments is for the designated recipient only and may contain privileged and/or confidential information and is intended for the exclusive use of the addressee. If you are not the intended recipient and have received this communication in error, please notify the sender immediately and delete the original. Reading, copying, disseminating, distributing or disclosing this email, whole or in part, is strictly prohibited.


On Oct 28, 2022, at 3:26 PM, tdonovan@gwulaw.com wrote:


# Attached please find a fully executed contract.

# J. Ted Donovan, Esq.

Goldberg Weprin Finkel Goldstein LLP
1501 Broadway, 22nd Floor
New York, NY 10036
Main:   212-221-5700
Direct: 212-301-6943
Cell:    516-757-3123
Fax:     212-221-6532

[EXTERNAL EMAIL] - DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.