# GOLDBERG WEPRIN FINKEL GOLDSTEIN LLP
ATTORNEYS AT LAW

ANDREW W. ALBSTEIN*
STEVEN R. UFFNER
KEVIN J. NASH
IRIS A. ALBSTEIN
BARRY E. ZWEIGBAUM
DOUGLAS TAUS
ROBERT W. LO SCHIAVO*
ELIZABETH SMITH* †
KATHARINE M. FINCH‥
MATTHEW E. HEARLE
AUBREY E. RICCARDI
ANTHONY J. SCHLUR
DANIEL J. SLATZ
STEWART A. WOLF*
YAN LAURENCY
ERIK ZARATIN‥

J. TED DONOVAN
SERGIO J. TUERO*
JAY E. SIMENS
BRIAN W. KEMPER
ERICA VITANZA*
BRIAN A. KOHN
ELLIOT WEISELBERG*
M. BRIAN CRONK
JOHN P. HOGAN
ZACHARY D. KUPERMAN*
NEIL I. ALBSTEIN*
JARED STEINBERG♦
ELLIOT FINK

Kevin J. Nash, Esq.
Direct: 212-301-6944
Facsimile: 212-221-6532
KJNash@GWULaw.com

1501 BROADWAY
22ND FLOOR
NEW YORK, N. Y. 10036
(212) 221-5700
TELECOPIER (212) 730-4518

ARNOLD I. MAZEL
HARVEY GOLDSTEIN
BENJAMIN C. KIRSCHENBAUM
ROBERT KANDEL
ROBERT F. LINER
(OF COUNSEL)

EMANUEL GOLDBERG (1904 - 1988)
JACK WEPRIN (1930 - 1996)
BENJAMIN FINKEL (1905 - 1986)

\* ALSO MEMBER OF NEW JERSEY BAR
† ALSO MEMBER OF MASSACHUSETTS BAR
‥ ALSO MEMBER OF CONNECTICUT BAR
♦ MEMBER OF OHIO AND PENNSYLVANIA BARS ONLY

October 31, 2022

*Via Email and ECF:*
Hon. Louis A. Scarcella
U.S. Bankruptcy Court
290 Federal Plaza
Central Islip, NY 17722

  Re: Broadbridge LA LLC
     Case No. 22-72048 LAS

Dear Judge Scarcella:

  I filed an executed Contract of Sale on the ECF docket this morning, together with the accompanying email of Quintin E. Primo III dated October 28, 2022 confirming that the Deposit of $9,500,000 is scheduled to be funded into escrow this week.

  If the Court is available, I respectfully request that a telephone status conference be set for Friday morning at a time convenient to the Court to discuss the next steps in the case. I understand that the Dismissal Motion is *sub judice*, but I believe that the executed Contract is a positive development and I wanted to bring it to everyone's attention.

               Very truly yours,

               Kevin J. Nash

cc: All Counsel (via ECF and Email)