UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
In re:

Broadbridge LA LLC,

                              Debtor.
-----------------------------------------------------------------X

Chapter 11

Case No.: 8-22-72048-las

## ORDER SCHEDULING STATUS CONFERENCE

On October 31, 2022, debtor filed a letter with the Court requesting a status conference in the above-captioned bankruptcy case [Dkt. No. 54]. Accordingly, it is hereby

ORDERED, that a telephonic status conference shall be held on **November 4, 2022 at 10:30 a.m.**; and it is further

ORDERED, that by no later than **November 3, 2022**, parties participating in this status conference shall either register with the eCourt Appearances platform as set forth on the Court's website or contact the Courtroom Deputy at las_hearings@nyeb.uscourts.gov or (631) 712-6278 regarding the inability to register using eCourt Appearances platform; and it is further

ORDERED, that the Clerk's Office is directed to serve a copy of this Order on Kevin J. Nash of Goldberg Weprin Finkel Goldstein LLP on behalf of the debtor; Lawrence J. Kotler, Esq., of Duane Morris LLP on behalf of Museum Building Holdings, LLC; Leslie A. Berkoff of Morritt Hock & Hamroff LLP on behalf of Museum Building Holdings, LLC; Byron Z. Moldo of Ervin Cohen & Jessup LLP on behalf of Kevin Singer; the Office of the United States Trustee; creditors holding the 20 largest unsecured claims; and all other creditors.

Dated: November 1, 2022
       Central Islip, New York

/s/ Louis A. Scarcella
**Louis A. Scarcella**
United States Bankruptcy Judge