United States Bankruptcy Court
Eastern District of New York

| | |
|---|---|
| In re: | Case No. 22-72048-las |
| Broadbridge LA LLC | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0207-8 | User: admin | Page 1 of 2 |
| Date Rcvd: Nov 01, 2022 | Form ID: pdf000 | Total Noticed: 14 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 03, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| | + | Byron Z. Moldo, Ervin Cohen & Jessup LLP, 9401 Wilshire Boulevard, 9th Floor, Beverly Hills, CA 90212-2945 |
| 10100311 | + | Anchin Block & Anchin LLP, 1375 Broadway, New York, NY 10018-7086 |
| 10100322 | + | Attn: Meagen Leary, Esq., Duane Morris, 1 Market Plz Ste 2200, San Francisco, CA 94105-1198 |
| 10100313 | | David Feit, Esq., 22 Cortlandt St Rm 803, New York, NY 10007-3154 |
| 10100315 | + | Kevin Singer, Receiver Specialties, 11500 W Olympic Blvd Ste 530, Los Angeles, CA 90064-1676 |
| 10100881 | + | Kevin Singer, State Court Receiver, c/o Byron Z. Moldo, Ervin Cohen & Jessup LLP, 9401 Wilshire Boulevard, 9th Floor, Beverly Hills, CA 90212-2945 |
| 10100316 | + | Leviton Law Firm, Attn: Chad White, Esq., 1 Pierce Pl Ste 725W, Itasca, IL 60143-1234 |
| 10100312 | + | Museum Building Holdings LLC, c/o Duane Morris, Attn: Meagen Leary, Esq., 1 Market Plz Ste 2200, San Francisco, CA 94105-1198 |
| 10100318 | | Museum Building Holdings LLC, c/o Starwood Capital Group LP, 591 W Putnam Ave, Greenwich, CT 06830-6005 |
| 10104591 | + | Museum Building Holdings, LLC, MORITT HOCK & HAMROFF LLP, Leslie A. Berkoff, Esq., 400 Garden City Plaza, Garden City, NY 11530-3327 |
| 10100672 | + | Museum Building Holdings, LLC, c/o Lawrence J. Kotler, Esquire, 30 South 17th Street, Philadelphia, PA 19103-4001 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 10104721 | Email/Text: BKBNCNotices@ftb.ca.gov | Nov 01 2022 18:18:00 | Franchise Tax Board, Bankruptcy Section MS A340, PO BOX 2952, Sacramento, CA 95812-2952 |
| 10100314 | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 01 2022 18:18:00 | Internal Revenue Service, Centralized Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |
| 10100317 | Email/Text: bankruptcy@ttc.lacounty.gov | Nov 01 2022 18:18:00 | Los Angeles County Treasurer, 225 N Hill St Fl 1, Los Angeles, CA 90012-3253 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Case 8-22-72048-las    Doc 56    Filed 11/03/22    Entered 11/04/22 00:08:26

| | | |
|---|---|---|
| District/off: 0207-8 | User: admin | Page 2 of 2 |
| Date Rcvd: Nov 01, 2022 | Form ID: pdf000 | Total Noticed: 14 |
| Date: Nov 03, 2022 | Signature: /s/Gustava Winters | |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 1, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| J Ted Donovan | on behalf of Debtor Broadbridge LA LLC Tdonovan@gwfglaw.com jstrauss@gwfglaw.com |
| Kevin J Nash | on behalf of Debtor Broadbridge LA LLC kjnash@gwfglaw.com jstrauss@gwfglaw.com |
| Lawrence J Kotler | on behalf of Creditor Museum Building Holdings LLC ljkotler@duanemorris.com |
| Leslie A Berkoff | on behalf of Creditor Museum Building Holdings LLC lberkoff@moritthock.com |
| Marcus Colabianchi | on behalf of Creditor Museum Building Holdings LLC mcolabianchi@duanemorris.com |
| Meagen Leary | on behalf of Creditor Museum Building Holdings LLC meleary@duanemorris.com |
| Paul E. Chronis | on behalf of Creditor Museum Building Holdings LLC pechronis@duanemorris.com |
| Stan Y Yang | stan.y.yang@usdoj.gov stan.y.yang@usdoj.gov |
| United States Trustee | USTPRegion02.LI.ECF@usdoj.gov |

TOTAL: 9

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:

                                      Chapter 11

Broadbridge LA LLC,

                                      Case No.: 8-22-72048-las

                       Debtor.
-----------------------------------------------------------X

## ORDER SCHEDULING STATUS CONFERENCE

On October 31, 2022, debtor filed a letter with the Court requesting a status conference in the above-captioned bankruptcy case [Dkt. No. 54]. Accordingly, it is hereby

ORDERED, that a telephonic status conference shall be held on **November 4, 2022 at 10:30 a.m.**; and it is further

ORDERED, that by no later than **November 3, 2022**, parties participating in this status conference shall either register with the eCourt Appearances platform as set forth on the Court's website or contact the Courtroom Deputy at las_hearings@nyeb.uscourts.gov or (631) 712-6278 regarding the inability to register using eCourt Appearances platform; and it is further

ORDERED, that the Clerk's Office is directed to serve a copy of this Order on Kevin J. Nash of Goldberg Weprin Finkel Goldstein LLP on behalf of the debtor; Lawrence J. Kotler, Esq., of Duane Morris LLP on behalf of Museum Building Holdings, LLC; Leslie A. Berkoff of Morritt Hock & Hamroff LLP on behalf of Museum Building Holdings, LLC; Byron Z. Moldo of Ervin Cohen & Jessup LLP on behalf of Kevin Singer; the Office of the United States Trustee; creditors holding the 20 largest unsecured claims; and all other creditors.

Dated: November 1, 2022
      Central Islip, New York

                                                                   /s/ Louis A. Scarcella
                                                                   Louis A. Scarcella
                                                             United States Bankruptcy Judge