UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re:                                                                              Chapter 11

Broadbridge LA LLC,                                                      Case No. 22-72048-LAS

                                                   Debtor.
-----------------------------------------------------------------x

**NOTICE OF STATUS OF TENDER OF DEPOSIT UNDER CONTRACT OF SALE
FOR PREMISES AT 801 SOUTH BROADWAY, LOS ANGELES, CA**

     **PLEASE TAKE NOTICE** the funding of the deposit was delayed, and the Debtor considered terminating the Contract of Sale. However, we received communications over the last few days which indicate that the full deposit of $9.5 million should be funded shortly as per the attached email from Quintin Primo, received late last night. This email was shared this morning with counsel for the lender. The Debtor will continue to report as to on-gong developments.

Dated: New York, New York
       November 15, 2022

                                                      GOLDBERG WEPRIN FINKEL
                                                      GOLDSTEIN LLP
                                                      *Counsel for the Debtor*
                                                      1501 Broadway, 22nd Floor
                                                      New York, NY 10036
                                                      (212) 221-5700

                                                      By:    /s/ Kevin J. Nash, Esq

To: All counsel (Via ECF)

tdonovan@gwulaw.com

**Subject:** FW: Contract

**From:** Quintin Primo <qprimo@capri.global>
**Sent:** Monday, November 14, 2022 11:16 PM
**To:** Kevin Nash <knash@gwulaw.com>
**Cc:** edecator decatorlaw.com <edecator@decatorlaw.com>; Joel Schreiber <js@waterbridge.com>; Lawrence J. Kotler <LJKotler@duanemorris.com>; Dawil Sully <dsully@capri.global>
**Subject:** Re: Contract

Kevin,

Please be advised that the investor received an unsolicited call today from the Citibank private banking department indicating that the investor's accounts would be fully activated on Wednesday, November 16, 2022. He will thus be able to complete wire transfers and other transactions online, and will have the ability to transfer amounts up to $500,000,000. The investor has been asked to represent that he will not pursue any legal action against the bank as a result of damages potentially sustained from the delay in the activation of his accounts.

It is, therefore, his intention to wire $9.5 million into the ILOTA of our counsel, Eric Decator, on Wednesday, with the $315.5 million balance to be released to the account within days thereafter. This will, of course, mean we will be modifying the Contract to accommodate revised due diligence and closing timelines given the lost time in dealing with the investor's bank.

I must apologize, once again, for the inconvenience this may have caused you and your client. We look forward to finalizing the transaction and proceeding forward.

Thank you very much.

Quintin E. Primo III
Founder and Executive Chairman
Capri Investment Group
Chicago | Los Angeles
+1 312 573 5266 O
+1 312 504 3176 M
qprimo@capri.global
www.capri.global



Capri

 Please consider the environment before printing this e-mail or its attachments.

This message including any attachments is for the designated recipient only and may contain privileged and/or confidential information and is intended for the exclusive use of the addressee. If you are not the intended recipient and have received this communication in error, please notify the sender immediately and delete the original. Reading, copying, disseminating, distributing or disclosing this email, whole or in part, is strictly prohibited.