IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re: | ) ) ) | Chapter 11 |
| BROADBRIDGE LA LLC | ) ) ) | Case No. 22-72048 |
| Debtor. | ) ) | (Jointly Administered) |

NOTICE OF TRANSFER OF CLAIM
PURSUANT TO F.R.B.P. RULE 3001(e)(2)

The undersigned hereby provides Notice of Transfer of Claim in the above-referenced bankruptcy proceeding. The claim scheduled at 3.2, in the amount of $43,775.00, has been transferred from Transferor to Transferee, with evidence of such transfer attached hereto as Exhibit A.

Transferee:

Guaranteed Claim Funding LLC
1000 Brickell Ave, Ste 715
DPT# 30044
Miami, FL 33131
Phone: 320-433-1183

Transferor:

David Feit
22 Cortlandt St. #803
New York, NY 10007

Dated: November 14, 2022

/s/ Nathalie Sar
By: Nathalie Sar, Manager
Guaranteed Claim Funding LLC

**EXHIBIT A**

ASSIGNMENT OF CLAIM

David Feit (the "Seller") is the original filer of a claim or claims in In re: BROADBRIDGE LA LLC, Case No. 22-72048, United States Bankruptcy Court for the Eastern District of New York (such claim(s) collectively referred to as the "Claim").

Seller, for value received, has knowingly decided to sell, transfer and assign any and all interest in the Claim to Guaranteed Claim Funding LLC (the "Buyer").

Seller grants all right, title and interest, including any funds that may be generated, in the Claim to Buyer pursuant to the terms of the Purchase Agreement between Seller and Buyer. (the "Agreement").

Seller has performed their obligations under the Agreement, and all representations and warranties of the Seller are true and correct.

Seller waives its right to receive notice under Rule 3001 of the Federal Rules of Bankruptcy Procedure, waives any objection to the transfer of claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and consents to the substitution of Seller by Buyer for all purposes in the Bankruptcy Case with respect to the Claim.

By: _____
david feit (Nov 8, 2022 19:06 EST)

_____

Creditor:   David Feit

**Authorized Signatory**