| Information to identify the case: | | |
|---|---|---|
| Debtor  Broadbridge LA LLC  Name | EIN: 36–4788755 | |
| United States Bankruptcy Court  Eastern District of New York | Date case filed for chapter: | 11    8/9/22 |
| Case number: 8–22–72048–las | | |

# NOTICE OF TRANSFER OF CLAIM
# PURSUANT TO FRBP RULE 3001(e)(1)

A transfer of claim in the amount of $ 43,775.00, from Guaranteed Claim Funding LLC at 1000 Brickell Ave, Ste 715; DPT# 30044 Miami, FL 33131 is acknowledged.

By filing pursuant to Rule 3001 (e)(1), you affirm that you have searched the official claims register and that the transferor has not previously filed a proof of claim.

Notice is further given that December 6, 2022, is fixed as the last day for David Feit to file an objection to the said transfer.

Dated: November 15, 2022

For the Court, Robert A. Gavin, Jr., Clerk of Court

**BLntrc2.jsp** [Notice of Assignment of Claim rev. 02/01/17]