United States Bankruptcy Court
Eastern District of New York

In re: Case No. 22-72048-las
Broadbridge LA LLC Chapter 11
Debtor

# CERTIFICATE OF NOTICE

District/off: 0207-8 User: admin Page 1 of 2
Date Rcvd: Nov 15, 2022 Form ID: 265 Total Noticed: 2

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 17, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| 10100313 | | David Feit, Esq., 22 Cortlandt St Rm 803, New York, NY 10007-3154 |
| 10128959 | + | Guaranteed Claim Funding LLC, 1000 Brickell Ave, Ste 715, DPT# 30044, Miami, FL 33131-3047 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 10129649 | *+ | Guaranteed Claim Funding LLC, 1000 Brickell Ave, Ste 715 DPT# 30044, Miami, FL 33131-3047 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2022 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 15, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| J Ted Donovan | on behalf of Debtor Broadbridge LA LLC Tdonovan@gwfglaw.com jstrauss@gwfglaw.com |
| Kevin J Nash | on behalf of Debtor Broadbridge LA LLC kjnash@gwfglaw.com jstrauss@gwfglaw.com |
| Lawrence J Kotler | on behalf of Creditor Museum Building Holdings LLC ljkotler@duanemorris.com |
| Leslie A Berkoff | on behalf of Creditor Museum Building Holdings LLC lberkoff@moritthock.com |

| | |
|---|---|
| Marcus Colabianchi | on behalf of Creditor Museum Building Holdings LLC mcolabianchi@duanemorris.com |
| Meagen Leary | on behalf of Creditor Museum Building Holdings LLC meleary@duanemorris.com |
| Paul E. Chronis | on behalf of Creditor Museum Building Holdings LLC pechronis@duanemorris.com |
| Stan Y Yang | stan.y.yang@usdoj.gov stan.y.yang@usdoj.gov |
| United States Trustee | USTPRegion02.LI.ECF@usdoj.gov |

TOTAL: 9

Information to identify the case:

Debtor: Broadbridge LA LLC — Name

EIN: 36–4788755

United States Bankruptcy Court: Eastern District of New York

Date case filed for chapter: 11 8/9/22

Case number: 8–22–72048–las

# NOTICE OF TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001(e)(1)

A transfer of claim in the amount of $ 43,775.00, from Guaranteed Claim Funding LLC at 1000 Brickell Ave, Ste 715; DPT# 30044 Miami, FL 33131 is acknowledged.

By filing pursuant to Rule 3001 (e)(1), you affirm that you have searched the official claims register and that the transferor has not previously filed a proof of claim.

Notice is further given that December 6, 2022, is fixed as the last day for David Feit to file an objection to the said transfer.

Dated: November 15, 2022

For the Court, Robert A. Gavin, Jr., Clerk of Court