**7:39 AM**
**11/03/22**
**Accrual Basis**

# 826 MBH, LLC vs. BLA, LLC
## General Ledger
### As of October 30, 2022

| Type | Date | Num | Name | Memo | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|
| **Bank- TP *4882** | | | | | | | | 100.12 |
| Bill Pmt -Check | 08/02/2022 | 1005 | Anchor Security | | Accounts Paya... | | 7,888.00 | -7,787.88 |
| General Journal | 08/03/2022 | 07212... | | Loan for Anch... | Loan from Rec... | 7,888.00 | | 100.12 |
| Bill Pmt -Check | 08/08/2022 | 1006 | Bond Services of Ca... | | Accounts Paya... | | 282.00 | -181.88 |
| General Journal | 08/08/2022 | 08082... | | Loan for Bond... | Loan from Rec... | 282.00 | | 100.12 |
| Check | 08/11/2022 | 1008 | Jaime Vergara | July services | Maintenance S... | | 3,500.00 | -3,399.88 |
| Check | 08/11/2022 | 1007 | Samuel Marquez Mo... | July Services | Security Servic... | | 5,000.00 | -8,399.88 |
| General Journal | 08/11/2022 | 08082... | | Loan to pay J... | Loan from Rec... | 8,500.00 | | 100.12 |
| General Journal | 08/15/2022 | 08152... | | Anchor Securi... | Loan from Rec... | 7,961.03 | | 8,061.15 |
| Bill Pmt -Check | 08/17/2022 | 1009 | Anchor Security | | Accounts Paya... | | 7,184.00 | 877.15 |
| Bill Pmt -Check | 08/17/2022 | 1010 | Ware Disposal | 1034118 | Accounts Paya... | | 777.03 | 100.12 |
| General Journal | 08/18/2022 | 08182... | | LADWP | Loan from Rec... | 1,017.18 | | 1,117.30 |
| Bill Pmt -Check | 08/18/2022 | 1020 | LADWP | August- 7184... | Accounts Paya... | | 201.82 | 915.48 |
| Bill Pmt -Check | 08/18/2022 | 1019 | LADWP | August- 4103... | Accounts Paya... | | 395.13 | 520.35 |
| Bill Pmt -Check | 08/18/2022 | 1018 | LADWP | August- 3662... | Accounts Paya... | | 201.82 | 318.53 |
| Bill Pmt -Check | 08/18/2022 | 1017 | LADWP | August- 4154... | Accounts Paya... | | 199.41 | 119.12 |
| Bill Pmt -Check | 08/18/2022 | 1016 | LADWP | August- 9306... | Accounts Paya... | | 19.00 | 100.12 |
| General Journal | 08/30/2022 | 08302... | | Loan | Loan from Rec... | 7,536.00 | | 7,636.12 |
| Bill Pmt -Check | 08/31/2022 | 1011 | Anchor Security | | Accounts Paya... | | 7,536.00 | 100.12 |
| Deposit | 08/31/2022 | | | Interest | Interest Income | 0.27 | | 100.39 |
| General Journal | 09/09/2022 | 09092... | | | Transfer from ... | 197,865.00 | | 197,965.39 |
| Bill Pmt -Check | 09/12/2022 | 1012 | Empire Brokerage &... | | Accounts Paya... | | 45,585.39 | 152,380.00 |
| Bill Pmt -Check | 09/12/2022 | 1013 | LADWP | September- 3... | Accounts Paya... | | 118.72 | 152,261.28 |
| Bill Pmt -Check | 09/12/2022 | 1014 | Receivership Specia... | | Accounts Paya... | | 40,739.65 | 111,521.63 |
| Bill Pmt -Check | 09/12/2022 | 1015 | LADWP | September- 4... | Accounts Paya... | | 232.43 | 111,289.20 |
| Bill Pmt -Check | 09/12/2022 | 1021 | LADWP | September- 4... | Accounts Paya... | | 26.18 | 111,263.02 |
| Bill Pmt -Check | 09/12/2022 | 1022 | LADWP | September- 7... | Accounts Paya... | | 118.72 | 111,144.30 |
| Bill Pmt -Check | 09/12/2022 | 1023 | LADWP | September- 5... | Accounts Paya... | | 19.00 | 111,125.30 |
| Check | 09/14/2022 | 1024 | Jaime Vergara | | Maintenance S... | | 3,500.00 | 107,625.30 |
| Check | 09/14/2022 | 1025 | Samuel Marquez Mo... | July Services | Security Servic... | | 5,000.00 | 102,625.30 |
| Bill Pmt -Check | 09/14/2022 | 1026 | Anchor Security | | Accounts Paya... | | 7,536.00 | 95,089.30 |
| Bill Pmt -Check | 09/21/2022 | 1027 | Ervin, Cohen & Jess... | 334220 | Accounts Paya... | | 2,181.00 | 92,908.30 |
| Bill Pmt -Check | 09/21/2022 | 1028 | Southern California ... | 70074977144... | Accounts Paya... | | 50.73 | 92,857.57 |
| General Journal | 09/29/2022 | 09092... | | | Transfer from ... | 118,922.00 | | 211,779.57 |
| Bill Pmt -Check | 09/29/2022 | 1029 | Receivership Specia... | Aug22068 Re... | Accounts Paya... | | 16,854.55 | 194,925.02 |
| Deposit | 09/30/2022 | | | Interest | Interest Income | 3.82 | | 194,928.84 |
| Bill Pmt -Check | 10/03/2022 | 1030 | Anchor Security | | Accounts Paya... | | 7,536.00 | 187,392.84 |
| Bill Pmt -Check | 10/04/2022 | 1031 | Major Scaffold | Scaffold Erect... | Accounts Paya... | | 46,430.00 | 140,962.84 |
| Bill Pmt -Check | 10/04/2022 | 1032 | LADWP | October- 410... | Accounts Paya... | | 232.43 | 140,730.41 |
| Bill Pmt -Check | 10/04/2022 | 1033 | LADWP | October- 366... | Accounts Paya... | | 118.72 | 140,611.69 |
| Bill Pmt -Check | 10/04/2022 | 1034 | LADWP | October- 718... | Accounts Paya... | | 118.72 | 140,492.97 |
| Bill Pmt -Check | 10/04/2022 | 1035 | LADWP | October- 594... | Accounts Paya... | | 611.21 | 139,881.76 |
| Check | 10/13/2022 | 1036 | Samuel Marquez Mo... | July Services | Security Servic... | | 5,000.00 | 134,881.76 |
| Check | 10/13/2022 | 1037 | Jaime Vergara | July services | Maintenance S... | | 3,500.00 | 131,381.76 |
| Bill Pmt -Check | 10/13/2022 | 1038 | Anchor Security | | Accounts Paya... | | 7,536.00 | 123,845.76 |
| Bill Pmt -Check | 10/19/2022 | 1039 | Empire Brokerage &... | Permit Scaffol... | Accounts Paya... | | 19,269.45 | 104,576.31 |
| Bill Pmt -Check | 10/19/2022 | 1040 | Receivership Specia... | VOID: Sept22... | Accounts Paya... | 0.00 | | 104,576.31 |

**7:39 AM**  
**11/03/22**  
**Accrual Basis**

# 826 MBH, LLC vs. BLA, LLC
## General Ledger
### As of October 30, 2022

| Type | Date | Num | Name | Memo | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---:|---:|---:|
| Bill Pmt -Check | 10/24/2022 | 1043 | Roman Remodeling | October 19, 2... | Accounts Paya... | | 2,500.00 | 102,076.31 |
| Bill Pmt -Check | 10/24/2022 | 1042 | Roman Remodeling | October 19, 2... | Accounts Paya... | | 2,500.00 | 99,576.31 |
| Total Bank- TP *4882 | | | | | | 349,975.30 | 250,499.11 | 99,576.31 |
| **Accumulated Depreciation** | | | | | | | | 0.00 |
| Total Accumulated Depreciation | | | | | | | | 0.00 |
| **Furniture and Equipment** | | | | | | | | 0.00 |
| Total Furniture and Equipment | | | | | | | | 0.00 |
| **Accounts Payable** | | | | | | | | -53,140.83 |
| Bill | 08/01/2022 | 2022 J... | Anchor Security | | Security Servic... | | 1,200.00 | -54,340.83 |
| Bill | 08/01/2022 | 2022 J... | Anchor Security | 7/15-7/31 Inv 2 | Security Servic... | | 6,688.00 | -61,028.83 |
| Bill Pmt -Check | 08/02/2022 | 1005 | Anchor Security | | Bank- TP *4882 | 7,888.00 | | -53,140.83 |
| Bill | 08/02/2022 | 988211 | Bond Services of Ca... | Inv 988211 | Bond Services | | 250.00 | -53,390.83 |
| Bill | 08/02/2022 | 988212 | Bond Services of Ca... | Inv 988212 | Bond Services | | 32.00 | -53,422.83 |
| Bill | 08/03/2022 | 8.3.22... | Empire Brokerage &... | Loan for Anch... | Loan from Rec... | | 7,888.00 | -61,310.83 |
| Bill Pmt -Check | 08/08/2022 | 1006 | Bond Services of Ca... | | Bank- TP *4882 | 282.00 | | -61,028.83 |
| Bill | 08/08/2022 | 8.8.22... | Empire Brokerage &... | Loan for Bond... | Loan from Rec... | | 282.00 | -61,310.83 |
| Bill | 08/11/2022 | 8.11.2... | Empire Brokerage &... | Loan to pay S... | Loan from Rec... | | 8,500.00 | -69,810.83 |
| Bill | 08/11/2022 | 1034118 | Ware Disposal | 1034118 | Recycle and tr... | | 777.03 | -70,587.86 |
| Bill | 08/15/2022 | Aug 1-... | Anchor Security | Aug 1-15 #02 | Security Servic... | | 1,200.00 | -71,787.86 |
| Bill | 08/15/2022 | Aug 1-... | Anchor Security | Aug 1-15 #03 | Security Servic... | | 5,984.00 | -77,771.86 |
| Bill | 08/15/2022 | 8.15.2... | Empire Brokerage &... | Loan to pay A... | Loan from Rec... | | 7,961.03 | -85,732.89 |
| Bill Pmt -Check | 08/17/2022 | 1009 | Anchor Security | | Bank- TP *4882 | 7,184.00 | | -78,548.89 |
| Bill Pmt -Check | 08/17/2022 | 1010 | Ware Disposal | 1034118 | Bank- TP *4882 | 777.03 | | -77,771.86 |
| Bill | 08/18/2022 | 93068... | LADWP | August- 9306... | Utilities | | 19.00 | -77,790.86 |
| Bill | 08/18/2022 | 41547... | LADWP | August- 4154... | Utilities | | 199.41 | -77,990.27 |
| Bill | 08/18/2022 | 33662... | LADWP | August- 3662... | Utilities | | 201.82 | -78,192.09 |
| Bill | 08/18/2022 | 41033... | LADWP | August- 4103... | Utilities | | 395.13 | -78,587.22 |
| Bill | 08/18/2022 | 71840... | LADWP | August- 7184... | Utilities | | 201.82 | -78,789.04 |
| Bill | 08/18/2022 | 8.18.2... | Empire Brokerage &... | Loan to pay L... | Loan from Rec... | | 1,017.18 | -79,806.22 |
| Bill Pmt -Check | 08/18/2022 | 1020 | LADWP | August- 7184... | Bank- TP *4882 | 201.82 | | -79,604.40 |
| Bill Pmt -Check | 08/18/2022 | 1019 | LADWP | August- 4103... | Bank- TP *4882 | 395.13 | | -79,209.27 |
| Bill Pmt -Check | 08/18/2022 | 1018 | LADWP | August- 3662... | Bank- TP *4882 | 201.82 | | -79,007.45 |
| Bill Pmt -Check | 08/18/2022 | 1017 | LADWP | August- 4154... | Bank- TP *4882 | 199.41 | | -78,808.04 |
| Bill Pmt -Check | 08/18/2022 | 1016 | LADWP | August- 9306... | Bank- TP *4882 | 19.00 | | -78,789.04 |
| Bill | 08/30/2022 | Aug 1... | Anchor Security | Aug 16-30 #03 | Security Servic... | | 1,200.00 | -79,989.04 |
| Bill | 08/30/2022 | Aug 1... | Anchor Security | Aug 16-30 #04 | Security Servic... | | 6,336.00 | -86,325.04 |
| Bill Pmt -Check | 08/31/2022 | 1011 | Anchor Security | | Bank- TP *4882 | 7,536.00 | | -78,789.04 |
| Bill | 08/31/2022 | 8.30.2... | Empire Brokerage &... | Loan to pay A... | Loan from Rec... | | 7,536.00 | -86,325.04 |
| Bill | 08/31/2022 | Aug22... | Receivership Specia... | Aug22068 Re... | Receivership F... | | 16,854.55 | -103,179.59 |
| Bill | 09/12/2022 | 33662... | LADWP | September- 3... | Utilities | | 118.72 | -103,298.31 |
| Bill | 09/12/2022 | 41033... | LADWP | September- 4... | Utilities | | 232.43 | -103,530.74 |
| Bill | 09/12/2022 | 41547... | LADWP | September- 4... | Utilities | | 26.18 | -103,556.92 |
| Bill | 09/12/2022 | 71840... | LADWP | September- 7... | Utilities | | 118.72 | -103,675.64 |
| Bill Pmt -Check | 09/12/2022 | 1012 | Empire Brokerage &... | | Bank- TP *4882 | 45,585.39 | | -58,090.25 |
| Bill Pmt -Check | 09/12/2022 | 1013 | LADWP | September- 3... | Bank- TP *4882 | 118.72 | | -57,971.53 |

7:39 AM
11/03/22
Accrual Basis

## 826 MBH, LLC vs. BLA, LLC
## General Ledger
### As of October 30, 2022

| Type | Date | Num | Name | Memo | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|
| Bill Pmt -Check | 09/12/2022 | 1014 | Receivership Specia... | | Bank- TP *4882 | 40,739.65 | | -17,231.88 |
| Bill Pmt -Check | 09/12/2022 | 1015 | LADWP | September- 4... | Bank- TP *4882 | 232.43 | | -16,999.45 |
| Bill Pmt -Check | 09/12/2022 | 1021 | LADWP | September- 4... | Bank- TP *4882 | 26.18 | | -16,973.27 |
| Bill Pmt -Check | 09/12/2022 | 1022 | LADWP | September- 7... | Bank- TP *4882 | 118.72 | | -16,854.55 |
| Bill | 09/12/2022 | 59478... | LADWP | September- 5... | Utilities | | 19.00 | -16,873.55 |
| Bill Pmt -Check | 09/12/2022 | 1023 | LADWP | September- 5... | Bank- TP *4882 | 19.00 | | -16,854.55 |
| Bill | 09/14/2022 | Sept 1... | Anchor Security | Sept 1-15 #-5 | Security Servic... | | 6,336.00 | -23,190.55 |
| Bill | 09/14/2022 | Sept 1... | Anchor Security | Sept 1-15 #04... | Security Servic... | | 1,200.00 | -24,390.55 |
| Bill Pmt -Check | 09/14/2022 | 1026 | Anchor Security | | Bank- TP *4882 | 7,536.00 | | -16,854.55 |
| Bill | 09/15/2022 | 1061409 | Ware Disposal | 1061409 | Recycle and tr... | | 259.01 | -17,113.56 |
| Bill | 09/21/2022 | 334220 | Ervin, Cohen & Jess... | 334220 | Legal Fees | | 2,181.00 | -19,294.56 |
| Bill | 09/21/2022 | 70074... | Southern California ... | 70074977144... | Utilities | | 50.73 | -19,345.29 |
| Bill Pmt -Check | 09/21/2022 | 1027 | Ervin, Cohen & Jess... | 334220 | Bank- TP *4882 | 2,181.00 | | -17,164.29 |
| Bill Pmt -Check | 09/21/2022 | 1028 | Southern California ... | 70074977144... | Bank- TP *4882 | 50.73 | | -17,113.56 |
| Bill Pmt -Check | 09/29/2022 | 1029 | Receivership Specia... | Aug22068 Re... | Bank- TP *4882 | 16,854.55 | | -259.01 |
| Bill | 09/30/2022 | Sept 1... | Anchor Security | Sept 16-30 #06 | Security Servic... | | 6,336.00 | -6,595.01 |
| Bill | 09/30/2022 | Sept 1... | Anchor Security | Sept 16-30 #0... | Security Servic... | | 1,200.00 | -7,795.01 |
| Bill | 09/30/2022 | Sept2... | Receivership Specia... | Sept22071 R... | Receivership F... | | 10,035.53 | -17,830.54 |
| Bill Pmt -Check | 10/03/2022 | 1030 | Anchor Security | | Bank- TP *4882 | 7,536.00 | | -10,294.54 |
| Bill | 10/04/2022 | 783-R2 | Major Scaffold | Scaffold Erect... | -SPLIT- | | 152,997.00 | -163,291.54 |
| Bill Pmt -Check | 10/04/2022 | 1031 | Major Scaffold | Scaffold Erect... | Bank- TP *4882 | 46,430.00 | | -116,861.54 |
| Bill | 10/04/2022 | 41033... | LADWP | October- 410... | Utilities | | 232.43 | -117,093.97 |
| Bill | 10/04/2022 | 33662... | LADWP | October- 336... | Utilities | | 118.72 | -117,212.69 |
| Bill | 10/04/2022 | 71840... | LADWP | October- 718... | Utilities | | 118.72 | -117,331.41 |
| Bill | 10/04/2022 | 59478... | LADWP | October- 594... | Utilities | | 611.21 | -117,942.62 |
| Bill Pmt -Check | 10/04/2022 | 1032 | LADWP | October- 410... | Bank- TP *4882 | 232.43 | | -117,710.19 |
| Bill Pmt -Check | 10/04/2022 | 1033 | LADWP | October- 366... | Bank- TP *4882 | 118.72 | | -117,591.47 |
| Bill Pmt -Check | 10/04/2022 | 1034 | LADWP | October- 718... | Bank- TP *4882 | 118.72 | | -117,472.75 |
| Bill Pmt -Check | 10/04/2022 | 1035 | LADWP | October- 594... | Bank- TP *4882 | 611.21 | | -116,861.54 |
| Bill | 10/13/2022 | Permits | Empire Brokerage &... | Permit Scaffol... | Loan from Rec... | | 19,269.45 | -136,130.99 |
| Bill | 10/13/2022 | Oct 1-... | Anchor Security | Oct 1-15 #07 | Security Servic... | | 6,336.00 | -142,466.99 |
| Bill | 10/13/2022 | Oct 1-... | Anchor Security | Oct 1-15 #06 ... | Security Servic... | | 1,200.00 | -143,666.99 |
| Bill Pmt -Check | 10/13/2022 | 1038 | Anchor Security | | Bank- TP *4882 | 7,536.00 | | -136,130.99 |
| Bill Pmt -Check | 10/19/2022 | 1039 | Empire Brokerage &... | Permit Scaffol... | Bank- TP *4882 | 19,269.45 | | -116,861.54 |
| Bill Pmt -Check | 10/19/2022 | 1040 | Receivership Specia... | VOID: Sept22... | Bank- TP *4882 | 0.00 | | -116,861.54 |
| Bill | 10/24/2022 | 20221... | Roman Remodeling | October 19, 2... | Repairs and M... | | 11,200.00 | -128,061.54 |
| Bill Pmt -Check | 10/24/2022 | 1043 | Roman Remodeling | October 19, 2... | Bank- TP *4882 | 2,500.00 | | -125,561.54 |
| Bill Pmt -Check | 10/24/2022 | 1042 | Roman Remodeling | October 19, 2... | Bank- TP *4882 | 2,500.00 | | -123,061.54 |
| Total Accounts Payable | | | | | | 224,999.11 | 294,919.82 | -123,061.54 |

# 826 MBH, LLC vs. BLA, LLC
## General Ledger
### As of October 30, 2022

| Type | Date | Num | Name | Memo | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---:|---:|---:|
| **Loan from Receivership Estate** | | | | | | | | 0.00 |
| General Journal | 08/03/2022 | 07212... | | Loan for Anch... | Bank- TP *4882 | | 7,888.00 | -7,888.00 |
| Bill | 08/03/2022 | 8.3.22... | Empire Brokerage &... | Loan for Anch... | Accounts Paya... | 7,888.00 | | 0.00 |
| Bill | 08/08/2022 | 8.8.22... | Empire Brokerage &... | Loan for Bond... | Accounts Paya... | 282.00 | | 282.00 |
| General Journal | 08/08/2022 | 08082... | | Loan for Bond... | Bank- TP *4882 | | 282.00 | 0.00 |
| Bill | 08/11/2022 | 8.11.2... | Empire Brokerage &... | Loan to pay S... | Accounts Paya... | 8,500.00 | | 8,500.00 |
| General Journal | 08/11/2022 | 08082... | | Loan to pay J... | Bank- TP *4882 | | 8,500.00 | 0.00 |
| General Journal | 08/15/2022 | 08152... | | Anchor Securi... | Bank- TP *4882 | | 7,961.03 | -7,961.03 |
| Bill | 08/15/2022 | 8.15.2... | Empire Brokerage &... | Loan to pay A... | Accounts Paya... | 7,961.03 | | 0.00 |
| General Journal | 08/18/2022 | 08182... | | LADWP | Bank- TP *4882 | | 1,017.18 | -1,017.18 |
| Bill | 08/18/2022 | 8.18.2... | Empire Brokerage &... | Loan to pay L... | Accounts Paya... | 1,017.18 | | 0.00 |
| General Journal | 08/30/2022 | 08302... | | Loan | Bank- TP *4882 | | 7,536.00 | -7,536.00 |
| Bill | 08/31/2022 | 8.30.2... | Empire Brokerage &... | Loan to pay A... | Accounts Paya... | 7,536.00 | | 0.00 |
| Bill | 10/13/2022 | Permits | Empire Brokerage &... | Permit Scaffol... | Accounts Paya... | 19,269.45 | | 19,269.45 |
| General Journal | 10/14/2022 | 08302... | | Scaffolding fe... | Permits and fees | | 19,269.45 | 0.00 |
| **Total Loan from Receivership Estate** | | | | | | 52,453.66 | 52,453.66 | 0.00 |
| **Tenant Security Deposits Held** | | | | | | | | 0.00 |
| **Total Tenant Security Deposits Held** | | | | | | | | 0.00 |
| **Opening Balance Equity** | | | | | | | | 0.00 |
| **Total Opening Balance Equity** | | | | | | | | 0.00 |
| **Partner 1 Draws** | | | | | | | | 0.00 |
| **Total Partner 1 Draws** | | | | | | | | 0.00 |
| **Partner 1 Equity** | | | | | | | | 0.00 |
| **Total Partner 1 Equity** | | | | | | | | 0.00 |
| **Partner 2 Draws** | | | | | | | | 0.00 |
| **Total Partner 2 Draws** | | | | | | | | 0.00 |
| **Partner 2 Equity** | | | | | | | | 0.00 |
| **Total Partner 2 Equity** | | | | | | | | 0.00 |
| **Retained Earnings** | | | | | | | | 0.00 |
| **Total Retained Earnings** | | | | | | | | 0.00 |
| **Transfer from Starwood** | | | | | | | | 0.00 |
| General Journal | 09/09/2022 | 09092... | | | Bank- TP *4882 | | 197,865.00 | -197,865.00 |
| General Journal | 09/29/2022 | 09092... | | | Bank- TP *4882 | | 118,922.00 | -316,787.00 |
| **Total Transfer from Starwood** | | | | | | 0.00 | 316,787.00 | -316,787.00 |
| **Advertising and Promotion** | | | | | | | | 0.00 |
| **Total Advertising and Promotion** | | | | | | | | 0.00 |
| **Automobile Expense** | | | | | | | | 0.00 |
| **Total Automobile Expense** | | | | | | | | 0.00 |

**7:39 AM**
**11/03/22**
**Accrual Basis**

## 826 MBH, LLC vs. BLA, LLC
## General Ledger
### As of October 30, 2022

| Type | Date | Num | Name | Memo | Split | Debit | Credit | Balance |
|------|------|-----|------|------|-------|------:|-------:|--------:|
| **Bond Services** | | | | | | | | 0.00 |
| Bill | 08/02/2022 | 988211 | Bond Services of Ca... | Inv 988211 | Accounts Paya... | 250.00 | | 250.00 |
| Bill | 08/02/2022 | 988212 | Bond Services of Ca... | Inv 988212 | Accounts Paya... | 32.00 | | 282.00 |
| **Total Bond Services** | | | | | | 282.00 | 0.00 | 282.00 |
| **Business Licenses and Permits** | | | | | | | | 0.00 |
| Total Business Licenses and Permits | | | | | | | | 0.00 |
| **Charitable Contributions** | | | | | | | | 0.00 |
| Total Charitable Contributions | | | | | | | | 0.00 |
| **Computer and Internet Expenses** | | | | | | | | 0.00 |
| Total Computer and Internet Expenses | | | | | | | | 0.00 |
| **Continuing Education** | | | | | | | | 0.00 |
| Total Continuing Education | | | | | | | | 0.00 |
| **Depreciation Expense** | | | | | | | | 0.00 |
| Total Depreciation Expense | | | | | | | | 0.00 |
| **Dues and Subscriptions** | | | | | | | | 0.00 |
| Total Dues and Subscriptions | | | | | | | | 0.00 |
| **Equipment Rental** | | | | | | | | 0.00 |
| Total Equipment Rental | | | | | | | | 0.00 |
| **Insurance Expense** | | | | | | | | 0.00 |
|   **General Liability Insurance** | | | | | | | | 0.00 |
|   Total General Liability Insurance | | | | | | | | 0.00 |
|   **Health Insurance** | | | | | | | | 0.00 |
|   Total Health Insurance | | | | | | | | 0.00 |
|   **Life and Disability Insurance** | | | | | | | | 0.00 |
|   Total Life and Disability Insurance | | | | | | | | 0.00 |
|   **Professional Liability** | | | | | | | | 0.00 |
|   Total Professional Liability | | | | | | | | 0.00 |
|   **Worker's Compensation** | | | | | | | | 0.00 |
|   Total Worker's Compensation | | | | | | | | 0.00 |
|   **Insurance Expense - Other** | | | | | | | | 0.00 |
|   Total Insurance Expense - Other | | | | | | | | 0.00 |
| **Total Insurance Expense** | | | | | | | | 0.00 |
| **Interest Expense** | | | | | | | | 0.00 |
| Total Interest Expense | | | | | | | | 0.00 |

# 826 MBH, LLC vs. BLA, LLC
## General Ledger
### As of October 30, 2022

| Type | Date | Num | Name | Memo | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---:|---:|---:|
| **Janitorial Expense** | | | | | | | | 0.00 |
| Total Janitorial Expense | | | | | | | | 0.00 |
| **Landscaping and Groundskeeping** | | | | | | | | 0.00 |
| Total Landscaping and Groundskeeping | | | | | | | | 0.00 |
| **Legal Fees** | | | | | | | | 0.00 |
| Bill | 09/21/2022 | 334220 | Ervin, Cohen & Jess... | 334220 | Accounts Paya... | 2,181.00 | | 2,181.00 |
| Total Legal Fees | | | | | | 2,181.00 | 0.00 | 2,181.00 |
| **Maintenance Services** | | | | | | | | 3,500.00 |
| Check | 08/11/2022 | 1008 | Jaime Vergara | July services | Bank- TP *4882 | 3,500.00 | | 7,000.00 |
| Check | 09/14/2022 | 1024 | Jaime Vergara | | Bank- TP *4882 | 3,500.00 | | 10,500.00 |
| Check | 10/13/2022 | 1037 | Jaime Vergara | July services | Bank- TP *4882 | 3,500.00 | | 14,000.00 |
| Total Maintenance Services | | | | | | 10,500.00 | 0.00 | 14,000.00 |
| **Meals and Entertainment** | | | | | | | | 0.00 |
| Total Meals and Entertainment | | | | | | | | 0.00 |
| **Miscellaneous Expense** | | | | | | | | 0.00 |
| Total Miscellaneous Expense | | | | | | | | 0.00 |
| **Office Supplies** | | | | | | | | 478.80 |
| Total Office Supplies | | | | | | | | 478.80 |
| **Permits and fees** | | | | | | | | 0.00 |
| General Journal | 10/14/2022 | 08302... | | Scaffolding fe... | Loan from Rec... | 19,269.45 | | 19,269.45 |
| Total Permits and fees | | | | | | 19,269.45 | 0.00 | 19,269.45 |
| **Postage and Delivery** | | | | | | | | 0.00 |
| Total Postage and Delivery | | | | | | | | 0.00 |
| **Printing and Reproduction** | | | | | | | | 0.00 |
| Total Printing and Reproduction | | | | | | | | 0.00 |
| **Professional Fees** | | | | | | | | 0.00 |
| Total Professional Fees | | | | | | | | 0.00 |
| **Property Management Fees** | | | | | | | | 0.00 |
| Total Property Management Fees | | | | | | | | 0.00 |
| **Receivership Fees & Expenses** | | | | | | | | 40,739.65 |
| Bill | 08/31/2022 | Aug22... | Receivership Specia... | Aug22068 Re... | Accounts Paya... | 16,854.55 | | 57,594.20 |
| Bill | 09/30/2022 | Sept2... | Receivership Specia... | Sept22071 R... | Accounts Paya... | 10,035.53 | | 67,629.73 |
| Total Receivership Fees & Expenses | | | | | | 26,890.08 | 0.00 | 67,629.73 |

| | | | | 826 MBH, LLC vs. BLA, LLC | | | | |
|---|---|---|---|---|---|---|---|---|

**7:39 AM**
**11/03/22**
**Accrual Basis**

# 826 MBH, LLC vs. BLA, LLC
## General Ledger
### As of October 30, 2022

| Type | Date | Num | Name | Memo | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---:|---:|---:|
| **Recycle and trash services** | | | | | | | | 528.38 |
| Bill | 08/11/2022 | 1034118 | Ware Disposal | 1034118 | Accounts Paya... | 777.03 | | 1,305.41 |
| Bill | 09/15/2022 | 1061409 | Ware Disposal | 1061409 | Accounts Paya... | 259.01 | | 1,564.42 |
| Total Recycle and trash services | | | | | | 1,036.04 | 0.00 | 1,564.42 |
| **Rent Expense** | | | | | | | | 0.00 |
| Total Rent Expense | | | | | | | | 0.00 |
| **Repairs and Maintenance** | | | | | | | | 0.00 |
| Bill | 10/24/2022 | 20221... | Roman Remodeling | October 19, 2... | Accounts Paya... | 11,200.00 | | 11,200.00 |
| Total Repairs and Maintenance | | | | | | 11,200.00 | 0.00 | 11,200.00 |
| **Scaffolding Removal** | | | | | | | | 0.00 |
| Bill | 10/04/2022 | 783-R2 | Major Scaffold | Dismantle Pe... | Accounts Paya... | 58,721.00 | | 58,721.00 |
| Bill | 10/04/2022 | 783-R2 | Major Scaffold | Security Wall ... | Accounts Paya... | 94,276.00 | | 152,997.00 |
| Total Scaffolding Removal | | | | | | 152,997.00 | 0.00 | 152,997.00 |
| **Security Services** | | | | | | | | 7,794.00 |
| Bill | 08/01/2022 | 2022 J... | Anchor Security | 7/15-7/31 | Accounts Paya... | 1,200.00 | | 8,994.00 |
| Bill | 08/01/2022 | 2022 J... | Anchor Security | 7/15-7/31 | Accounts Paya... | 6,688.00 | | 15,682.00 |
| Check | 08/11/2022 | 1007 | Samuel Marquez Mo... | July Services | Bank- TP *4882 | 5,000.00 | | 20,682.00 |
| Bill | 08/15/2022 | Aug 1-... | Anchor Security | Aug 1-15 #02 | Accounts Paya... | 1,200.00 | | 21,882.00 |
| Bill | 08/15/2022 | Aug 1-... | Anchor Security | Aug 1-15 #03 | Accounts Paya... | 5,984.00 | | 27,866.00 |
| Bill | 08/30/2022 | Aug 1... | Anchor Security | Aug 16-30 #03 | Accounts Paya... | 1,200.00 | | 29,066.00 |
| Bill | 08/30/2022 | Aug 1... | Anchor Security | Aug 16-30 #04 | Accounts Paya... | 6,336.00 | | 35,402.00 |
| Bill | 09/14/2022 | Sept 1... | Anchor Security | Sept 1-15 #-5 | Accounts Paya... | 6,336.00 | | 41,738.00 |
| Bill | 09/14/2022 | Sept 1... | Anchor Security | Sept 1-15 #04... | Accounts Paya... | 1,200.00 | | 42,938.00 |
| Check | 09/14/2022 | 1025 | Samuel Marquez Mo... | July Services | Bank- TP *4882 | 5,000.00 | | 47,938.00 |
| Bill | 09/30/2022 | Sept 1... | Anchor Security | Sept 16-30 #06 | Accounts Paya... | 6,336.00 | | 54,274.00 |
| Bill | 09/30/2022 | Sept 1... | Anchor Security | Sept 16-30 #0... | Accounts Paya... | 1,200.00 | | 55,474.00 |
| Bill | 10/13/2022 | Oct 1-... | Anchor Security | Oct 1-15 #07 | Accounts Paya... | 6,336.00 | | 61,810.00 |
| Bill | 10/13/2022 | Oct 1-... | Anchor Security | Oct 1-15 #06 ... | Accounts Paya... | 1,200.00 | | 63,010.00 |
| Check | 10/13/2022 | 1036 | Samuel Marquez Mo... | July Services | Bank- TP *4882 | 5,000.00 | | 68,010.00 |
| Total Security Services | | | | | | 60,216.00 | 0.00 | 68,010.00 |
| **Small Tools and Equipment** | | | | | | | | 0.00 |
| Total Small Tools and Equipment | | | | | | | | 0.00 |
| **Taxes - Property** | | | | | | | | 0.00 |
| Total Taxes - Property | | | | | | | | 0.00 |
| **Telephone Expense** | | | | | | | | 0.00 |
| Total Telephone Expense | | | | | | | | 0.00 |
| **Travel Expense** | | | | | | | | 0.00 |
| Total Travel Expense | | | | | | | | 0.00 |

**7:39 AM**
**11/03/22**
**Accrual Basis**

# 826 MBH, LLC vs. BLA, LLC
## General Ledger
### As of October 30, 2022

| Type | Date | Num | Name | Memo | Split | Debit | Credit | Balance |
|------|------|-----|------|------|-------|------:|-------:|--------:|
| **Utilities** | | | | | | | | 0.00 |
| Bill | 08/18/2022 | 93068... | LADWP | August- 9306... | Accounts Paya... | 19.00 | | 19.00 |
| Bill | 08/18/2022 | 41547... | LADWP | August- 4154... | Accounts Paya... | 199.41 | | 218.41 |
| Bill | 08/18/2022 | 33662... | LADWP | August- 3662... | Accounts Paya... | 201.82 | | 420.23 |
| Bill | 08/18/2022 | 41033... | LADWP | August- 4103... | Accounts Paya... | 395.13 | | 815.36 |
| Bill | 08/18/2022 | 71840... | LADWP | August- 7184... | Accounts Paya... | 201.82 | | 1,017.18 |
| Bill | 09/12/2022 | 33662... | LADWP | September- 3... | Accounts Paya... | 118.72 | | 1,135.90 |
| Bill | 09/12/2022 | 41033... | LADWP | September- 4... | Accounts Paya... | 232.43 | | 1,368.33 |
| Bill | 09/12/2022 | 41547... | LADWP | September- 4... | Accounts Paya... | 26.18 | | 1,394.51 |
| Bill | 09/12/2022 | 71840... | LADWP | September- 7... | Accounts Paya... | 118.72 | | 1,513.23 |
| Bill | 09/12/2022 | 59478... | LADWP | September- 5... | Accounts Paya... | 19.00 | | 1,532.23 |
| Bill | 09/21/2022 | 70074... | Southern California ... | 70074977144... | Accounts Paya... | 50.73 | | 1,582.96 |
| Bill | 10/04/2022 | 41033... | LADWP | October- 410... | Accounts Paya... | 232.43 | | 1,815.39 |
| Bill | 10/04/2022 | 33662... | LADWP | October- 336... | Accounts Paya... | 118.72 | | 1,934.11 |
| Bill | 10/04/2022 | 71840... | LADWP | October- 718... | Accounts Paya... | 118.72 | | 2,052.83 |
| Bill | 10/04/2022 | 59478... | LADWP | October- 594... | Accounts Paya... | 611.21 | | 2,664.04 |
| **Total Utilities** | | | | | | 2,664.04 | 0.00 | 2,664.04 |
| **Finance Charge Income** | | | | | | | | 0.00 |
| Total Finance Charge Income | | | | | | | | 0.00 |
| **Insurance Proceeds Received** | | | | | | | | 0.00 |
| Total Insurance Proceeds Received | | | | | | | | 0.00 |
| **Interest Income** | | | | | | | | -0.12 |
| Deposit | 08/31/2022 | | | Interest | Bank- TP *4882 | | 0.27 | -0.39 |
| Deposit | 09/30/2022 | | | Interest | Bank- TP *4882 | | 3.82 | -4.21 |
| **Total Interest Income** | | | | | | 0.00 | 4.09 | -4.21 |
| **Proceeds from Sale of Assets** | | | | | | | | 0.00 |
| Total Proceeds from Sale of Assets | | | | | | | | 0.00 |
| **Ask My Accountant** | | | | | | | | 0.00 |
| Total Ask My Accountant | | | | | | | | 0.00 |
| **No accnt** | | | | | | | | 0.00 |
| Total no accnt | | | | | | | | 0.00 |
| **TOTAL** | | | | | | 914,663.68 | 914,663.68 | 0.00 |