**7:39 AM**
**11/03/22**
Accrual Basis

# 826 MBH, LLC vs. BLA, LLC
## Balance Sheet
### As of October 30, 2022

|  | Oct 30, 22 |
|---|---:|
| **ASSETS** | |
|   **Current Assets** | |
|     **Checking/Savings** | |
|       Bank- TP *4882 | 99,576.31 |
|     **Total Checking/Savings** | 99,576.31 |
|   **Total Current Assets** | 99,576.31 |
| **TOTAL ASSETS** | **99,576.31** |
| **LIABILITIES & EQUITY** | |
|   **Liabilities** | |
|     **Current Liabilities** | |
|       **Accounts Payable** | |
|         Accounts Payable | 123,061.54 |
|       **Total Accounts Payable** | 123,061.54 |
|     **Total Current Liabilities** | 123,061.54 |
|   **Total Liabilities** | 123,061.54 |
|   **Equity** | |
|     Transfer from Starwood | 316,787.00 |
|     Net Income | -340,272.23 |
|   **Total Equity** | -23,485.23 |
| **TOTAL LIABILITIES & EQUITY** | **99,576.31** |