| 7:38 AM<br>11/03/22<br>Accrual Basis | **826 MBH, LLC vs. BLA, LLC**<br>**Profit & Loss YTD Comparison**<br>**August 1 through October 30, 2022** | |
|---|---|---|
| | **Aug 1 - Oct 30, 22** | **Jan 1 - Oct 30, 22** |
| **Ordinary Income/Expense** | | |
| **Expense** | | |
| Bond Services | 282.00 | 282.00 |
| Legal Fees | 2,181.00 | 2,181.00 |
| Maintenance Services | 10,500.00 | 14,000.00 |
| Office Supplies | 0.00 | 478.80 |
| Permits and fees | 19,269.45 | 19,269.45 |
| Receivership Fees & Expenses | 26,890.08 | 67,629.73 |
| Recycle and trash services | 1,036.04 | 1,564.42 |
| Repairs and Maintenance | 11,200.00 | 11,200.00 |
| Scaffolding Removal | 152,997.00 | 152,997.00 |
| Security Services | 60,216.00 | 68,010.00 |
| Utilities | 2,664.04 | 2,664.04 |
| **Total Expense** | 287,235.61 | 340,276.44 |
| **Net Ordinary Income** | -287,235.61 | -340,276.44 |
| **Other Income/Expense** | | |
| **Other Income** | | |
| Interest Income | 4.09 | 4.21 |
| **Total Other Income** | 4.09 | 4.21 |
| **Net Other Income** | 4.09 | 4.21 |
| **Net Income** | **-287,231.52** | **-340,272.23** |