UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
In re:                                                                              Chapter 11

Broadbridge LA LLC,                                                  Case No.  22-72048-LAS

                                      Debtor.
---------------------------------------------------------------x

## NOTICE OF DEBTOR'S TERMINATION OF CONTRACT OF SALE FOR PREMISES AT 801 SOUTH BROADWAY, LOS ANGELES, CA, WITHDRAWAL OF ITS LIQUIDATING PLAN OF REORGANIZATION, AND CONSENT TO DISMISSAL OF THE CHAPTER 11 CASE

**PLEASE TAKE NOTICE** that after multiple opportunities to fund the deposit, and despite repeated assurances that the deposit would be forthcoming which never occurred, Broadbridge LA LLC (the "Debtor"), has elected to terminate the Contract of Sale with Capri Investor LLC or its designee ("Capri") for the sale of the Debtor's real property located at 801 South Broadway, Los Angeles, California.

**PLEASE TAKE FURTHER NOTICE** that in light of the termination of the Contract of Sale, the Debtor hereby withdraws its liquidating plan of reorganization and consents to the entry of the attached Order or such other Order as the Court deems appropriate.

Dated:  New York, New York
            December 5, 2022

                                                            GOLDBERG WEPRIN FINKEL
                                                            GOLDSTEIN LLP
                                                            *Counsel for the Debtor*
                                                            1501 Broadway, 22nd Floor
                                                            New York, NY 10036
                                                            (212) 221-5700

                                                            By:      /s/ Kevin J. Nash, Esq

DM3\9262244.1

Dated: San Francisco, California
December 5, 2022

        DUANE MORRIS LLP
        *Counsel for the Museum Building Holdings LLC*
        One Market, Spear Tower, Suite 2200
        San Francisco, CA  94105
        (415) 957-3000

        By:    /s/ Meagen E. Leary, Esq

Dated: Chicago, Illinois
December 5, 2022

        DUANE MORRIS LLP
        *Counsel for the Museum Building Holdings LLC*
        190 S. LaSalle, Suite 3700
        Chicago, IL 60603
        (312) 499-6700

        By:    /s/ Paul E. Chronis, Esq

To: All counsel (Via ECF)