# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−8 | User: admin | Date Created: 12/5/2022 |
| Case: 8−22−72048−las | Form ID: pdfall | Total: 37 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
cr          Kevin Singer
                                                                                                                TOTAL: 1

**Recipients of Notice of Electronic Filing:**
ust         United States Trustee         USTPRegion02.LI.ECF@usdoj.gov
UST TrAt    Stan Y Yang          stan.y.yang@usdoj.gov
aty         J Ted Donovan          Tdonovan@gwfglaw.com
aty         Kevin J Nash          kjnash@gwfglaw.com
aty         Lawrence J Kotler          ljkotler@duanemorris.com
aty         Leslie A Berkoff          lberkoff@moritthock.com
aty         Marcus Colabianchi          mcolabianchi@duanemorris.com
aty         Meagen Leary          meleary@duanemorris.com
aty         Paul E. Chronis          pechronis@duanemorris.com
                                                                                                                TOTAL: 9

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Broadbridge LA LLC          45 N Station Plz          Ste 402          Great Neck, NY 11021−5011
cr          Museum Building Holdings, LLC          c/o Starwood Group Capital          591 W. Putnam Avenue          Greenwich, CT 06830−6005
cr          Guaranteed Claim Funding LLC          1000 Brickell Ave.          ste 715          Miami, FL 33131
aty         Ervin Cohen & Jessup LLP          9401 Wilshire Boulevard, Ninth Floor          Beverly Hills, CA 90212−2974
aty         Elisa Hyder          Duane Morris LLP          30 S. 17th Street          Philadelphia, PA 19103
aty         Marcus O Colabianchi          Duane Morris LLP          One Market, Spear Tower, #2200          San Francisco, CA 94105
aty         Meagen E Leary          Duane Morris LLP          One Market, Spear Tower, #2200          San Francisco, CA 94105
10100311    Anchin Block & Anchin LLP          1375 Broadway          New York, NY 10018−7001
10100322    Attn: Meagen Leary, Esq.          Duane Morris          1 Market Plz Ste 2200          San Francisco, CA 94105−1127
10129401    Byron Z. Moldo          9401 Wilshire Boulevard, Ninth Floor          Beverly Hills, CA 90212
10100313    David Feit, Esq.          22 Cortlandt St Rm 803          New York, NY 10007−3154
10104721    Franchise Tax Board          Bankruptcy Section MS A340          PO BOX 2952          Sacramento, CA 95812−2952
10128959    Guaranteed Claim Funding LLC          1000 Brickell Ave, Ste 715          DPT# 30044          Miami, FL 33131
10129649    Guaranteed Claim Funding LLC          1000 Brickell Ave, Ste 715 DPT# 30044          Miami, FL 33131
10100314    Internal Revenue Service          Centralized Insolvency Operations          PO Box 7346          Philadelphia, PA 19101−7346
10129403    Jack Jangana, Joyce Reiss and Jenny Haim          C/O Continental Equities Group Inc.          45 N. Station Plaza          Great Neck, NY 11023
10100315    Kevin Singer          Receiver Specialties          11500 W Olympic Blvd Ste 530          Los Angeles, CA 90064−1524
10129402    Kevin Singer, State Court Receiver          Byron Z. Moldo, Esq.          9401 Wilshire Boulevard, Ninth Floor          Beverly Hills, CA 90212
10100881    Kevin Singer, State Court Receiver          c/o Byron Z. Moldo          Ervin Cohen & Jessup LLP          9401 Wilshire Boulevard, 9th Floor          Beverly Hills, CA 90212
10100316    Leviton Law Firm          Attn: Chad White, Esq.          1 Pierce Pl Ste 725W          Itasca, IL 60143−1253
10100317    Los Angeles County Treasurer          225 N Hill St Fl 1          Los Angeles, CA 90012−3253
10129076    Meagen E. Leary          Duane Morris LLP          Spear Tower          One Market Plaza, Suite 2200          San Francisco, CA 94105
10100312    Museum Building Holdings LLC          c/o Duane Morris          Attn: Meagen Leary, Esq.          1 Market Plz Ste 2200          San Francisco, CA 94105−1127
10100318    Museum Building Holdings LLC          c/o Starwood Capital Group LP          591 W Putnam Ave          Greenwich, CT 06830−6005
10129077    Museum Building Holdings, LLC          Duane Morris LLP c/o Meagen E. Leary, Esq.          Spear Tower          One Market Plaza, Suite 2200          San Francisco, CA 94105
10104591    Museum Building Holdings, LLC          MORITT HOCK & HAMROFF LLP          Leslie A. Berkoff, Esq.          400 Garden City Plaza          Garden City, NY 11530
10100672    Museum Building Holdings, LLC          c/o Lawrence J. Kotler, Esquire          30 South 17th Street          Philadelphia, PA 19103
                                                                                                                TOTAL: 27